IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lopez, Ruben

Printed: 4/22/08

Case Number: 07 B 10379
Judge: Squires, John H
Filed: 6/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: March 12, 2008
Confirmed: August 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,010.00 |  |
| Secured: |  | 1,901.46 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 108.54 |
| Other Funds: |  | 0.00 |
| Totals: | 2,010.00 | 2,010.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 0.00 | 0.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 5. | Litton Loan Servicing | Secured | 13,000.00 | 0.00 |
| 6. | Fremont Investment & Loan | Secured | 24,000.00 | 1,086.55 |
| 7. | GMAC Mortgage Corporation | Secured | 5,000.00 | 814.91 |
| 8. | RoundUp Funding LLC | Unsecured | 1,881.17 | 0.00 |
| 9. | AT&T Wireless | Unsecured | 710.79 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 420.00 | 0.00 |
| 11. | Cook County Treasurer | Secured |  | No Claim Filed |
| 12. | Beneficial | Unsecured |  | No Claim Filed |
| 13. | Harris & Harris | Unsecured |  | No Claim Filed |
| 14. | LaSalle Bank NA | Unsecured |  | No Claim Filed |
|  |  |  | $ 45,011.96 | $ 1,901.46 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 108.54 |
|  | $ 108.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lopez, Ruben | Case Number:  07 B 10379 |
| | Judge:  Squires, John H |
| Printed:  4/22/08 | Filed:  6/11/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

